# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT KINKUS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. C2-05-930 |
| | : | |
| THE VILLAGE OF YORKVILLE, *et al.*, | : | JUDGE ALGENON L. MARBLEY |
| | : | Magistrate Judge King |
| Defendants. | : | |
| | : | |

## ORDER

Based on the United States Court of Appeals for the Sixth Circuit's recent ruling in this matter, *Kinkus v. Village of Yorkville*, No. 07-3483, 2008 U.S. App. LEXIS 17345 (6th Cir. Aug. 13, 2008), Plaintiff's Second Claim for Relief based on civil conspiracy, Compl. ¶ 21, is dismissed. Furthermore, based on this Order, Plaintiff's Motion to Dismiss Certain Claims (no. 113) is mooted.

    **IT IS SO ORDERED.**

                                          s/Algenon L. Marbley
                                          **ALGENON L. MARBLEY**
                                          **UNITED STATES DISTRICT JUDGE**

**DATED: September 5, 2008**